IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

        Plaintiff,　　　　　　　　　　CV F 02 6016 REC WMW  P

   vs.　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 48)

CSP CORCORAN, , et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's motion for a hardship transfer.  Plaintiff seeks injunctive relief in the form of an order directing prison officials to transfer him to Pelican Bay State Prison from Corcoran State Prison.  Plaintiff's motion fails to comply with the procedural requirements of Local Rule 65-231.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:**  September 26, 2005　　　　　　　　/s/  **William M. Wunderlich**
mmkd34　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1