IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

    Plaintiff,                               CV F 02 6016 REC WMW P

  vs.                                      ORDER

CSP CORCORAN, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se. On March 15, 2006, an order was entered, finding that service of the March 3, 2003, first amended complaint is appropriate, and directing plaintiff to complete the forms for service of process up certain defendants.

        On April 17, 2006, plaintiff returned to the court the completed forms for service of process. Along with the forms, plaintiff submitted a proposed amended complaint. On October 24, 2005, plaintiff was advised of the deficiencies of the March 3, 2003, first amended complaint and granted leave to file a second amended complaint. Plaintiff chose not to do so, and this action proceeded on the March 3, 2003, first amended complaint. Plaintiff is advised that once an answer to the complaint has been filed, a scheduling order will be entered, setting a

1  deadline for amending the pleadings.

2  Accordingly, IT IS HEREBY ORDERED that the Clerk is directed to return to

3  plaintiff the proposed amended complaint submitted to the court on April 17, 2006.

4  IT IS SO ORDERED.

5  **Dated:     May 16, 2006**                              **/s/  William M. Wunderlich**
   j14hj0                                                   UNITED STATES MAGISTRATE JUDGE