IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

    Plaintiff,

vs.

CSP CORCORAN, et al.,

    Defendants.

CV F 02 6016 AWI WMW   P

ORDER RE MOTION (DOC 67 )

Defendants have filed an extension of time in which to file a response to the First Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that Defendants Hill and Hasadsri are granted an extension of time of thirty days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

**Dated:   September 27, 2006**          /s/  **William M. Wunderlich**
j14hj0                              UNITED STATES MAGISTRATE JUDGE

1