IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

        Plaintiff,                               CV F 02 6016 AWI WMW   P

   vs.                                      FINDINGS AND RECOMMENDATIONS
                                          RE MOTION TO DISMISS (DOC 69 )

CORCORAN STATE PRISON, et al.,

        Defendants.

       Plaintiff is a former state prisoner proceeding pro se.  Pending before the court is Defendants' motion to dismiss.  Defendants filed their motion on October 2, 2006, and properly served the motion on Plaintiff at his address of record.  Plaintiff has failed to oppose the motion.

       Local Rule 78-230(m) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion..."  The court will deem plaintiff's failure to oppose defendant's motion to dismiss a waiver, and recommend that the motion be granted on that basis.

       Failure to follow a district court's local rules is a proper grounds for dismissal.  U.S. v. Warren, 601 F.2d 471, 474 (9th Cir. 1979).  Thus, a court may dismiss an action for plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to oppose a motion will be deemed a waiver of opposition.  See Ghazali v.Moran, 46 F.3d 52 (9th Cir. 1995), cert. denied 116 S.Ct. 119 (1995) (dismissal upheld even where plaintiff contends he

1   did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to F.R.C.P. 5(b),
2   and time to file opposition); cf. Marshall v. Gates, No. 93-5022, slip op. 99, 105-06 (9th Cir. Jan.
3   4, 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for
4   summary judgment cannot be granted simply as a sanction for a local rules violation, without an
5   appropriate exercise of discretion).

6         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
7   without prejudice for Plaintiff's failure to prosecute.

8         These findings and recommendations are submitted to the United States District
9   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
10  twenty days after being served with these findings and recommendations, any party may file
11  written objections with the court and serve a copy on all parties.  Such a document should be
12  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the
13  objections shall be served and filed within ten days after service of the objections.  The parties
14  are advised that failure to file objections within the specified time waives all objections to the
15  judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file
16  objections within the specified time may waive the right to appeal the District Court's order.
17  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21  IT IS SO ORDERED.

22  **Dated:    January 3, 2007**            /s/  **William M. Wunderlich**
    mmkd34                          UNITED STATES MAGISTRATE JUDGE